Ronnie O. Brown
FULL NAME

14901 Central ave
COMMITTED NAME (if different)

Chino, CA 91710
FULL ADDRESS INCLUDING NAME OF INSTITUTION

K-80434
PRISON NUMBER (if applicable)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
NOV 1 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ronnie O. Brown
PLAINTIFF(S)

San Bernardino County Sheriff
Gary S. Penrod Sheriff, Jon/Jane
Doe Capt West Valley DTN CTR,
John Doe #2
DEFENDANT(S).

CASE NUMBER
'07CV 2189 L  LSP
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____
   _____

   Defendants _____
   _____

b. Court _____
   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____
   _____
   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____
   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION   28 U.S.C.§ 1391

This complaint alleges that the civil rights of plaintiff _____
                                                          (print plaintiff's name)

who presently resides at _____,
                         (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

on (date or dates) __10/22/07__, _____, _____
                      (Claim I)            (Claim II)         (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __San Bernardino County Sheriff Gary Penrod__ resides or works at
   (full name of first defendant)
   __655 3rd Street San Bernardino, Ca 92415__
   (full address of first defendant)
   __Sheriff__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Peace Ofcr__

2. Defendant __West Valley Dtn Ctr Captain John Doe__ resides or works at
   (full name of first defendant)
   __9500 Etiwanda Ave Rancucamonga 92345__
   (full address of first defendant)
   __Sheriff__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Peace Ofcr__

3. Defendant __John Doe #2__ resides or works at
   (full name of first defendant)
   __9500 Etiwanda Ave Rancho Cucamonga, Ca 92395__
   (full address of first defendant)
   __Sheriff__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Peace Ofcr__

4.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____


5.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

8th amendment right to be free from cruel unusal punishment and Discrimination

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. plaintiff has been Taken into The custody of Gary S. Penrod sheriff, on 10-22-07 and whom is responsible for treatment, care, custody, and discipline and while in said persons custody, plaintiff was held at The city Local Jail Left in A cell handcuff for over 24 Hours, Denied water, Food, Toilet paper, and suffered swelling To wrist, hands, and internal bleeding from stomach for over 7 day's. The sheriff Department has not Been Responsibly Trained & supervised or Gary S. Penrod has failed To supervise and mandate proper usage of mechanical restraints, and fails to properly oversee and mandate usage for force and punishment causing Injury To plaintiff person

2. plaintiff was held at west valley Detention ctr under control, care, custody, and Treatment of Jon/Jane Doe Captain

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

---

CV-66 (7/97)        **CIVIL RIGHTS COMPLAINT**        Page 5 of 6

whom upon plaintiff arrival failed to have a classification process that didnot discriminate against homosexuals The plaintiff advised Jon-Jane Doe Deputy he was Gay and was immediately handcuff, placed in segregation and housed in Unit 6 high security denied use of showers, didn't recieve a mattress, Toilet paper, or Bedding, and was denied food for 48 Hours. Plaintiff suffered Terror and Torment and physical abuse while denied necessities of Life to survive.

3. Gary Penrod Sheriff and/or the city of Victorville Local Jail while acting in concert together Transports pre trail detainees to court while Shackled with Black Boxes and other mechanical restraints that are used as corporal punishment, detainee's are Left with these devices on from 6am untill 7.30 p.m causing extreme swelling to wrist and ankles and placed in a cell where Tempurtures range from 50° below, plaintiff has suffered Injury constituting ulcer's and internal Bleeding.

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. Demand for Jury Trial
2. Demand payment in the sum of 4.5 million dollars for and against each named defendant.
3. Punitive, compensatory, nominal, special damages award.
4. Injunctive order preventing plaintiff from being housed at West Valley DTN or
5. Further order deemed just and fair issued by court.

11/8/07
(Date)

(Signature of Plaintiff)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254   1983 ✓

FILING FEE PAID
Yes ___ No ___

IFP MOTION FILED
Yes ___ No ___

COPIES SENT TO
Court ✓   ProSe ___

**I (a) PLAINTIFFS**
Ronnie O. Brown

**DEFENDANTS**
San Bernardino County Sheriff

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Bernardino
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Ronnie O. Brown
14901 Central Avenue
Chino, CA 91710
K-89434

**ATTORNEYS (IF KNOWN)**
'07 CV 2189 L LSP

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Docket Number

DATE 11/15/2007

SIGNATURE OF ATTORNEY OF RECORD
R. Miller